STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
CINDIE D. HERNANDEZ, ESQ.
Nevada Bar No. 007218
chernandez@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants, Sixt Rent a Car, LLC and Tipkamol Kidkan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYSCOTT KENWIN DURANT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TIPKAMOL KIDKAN, individually; SIXT RENT A CAR, LLC; A foreign Limited Liability Company; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20;<br><br>Defendants. | CASE NO. 2:19-cv-00235-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SIXT RENT A CAR, LLC, WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, the parties, by and through their respective attorneys of record, stipulate to dismiss Defendant Sixt

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Rent A Car, LLC, with prejudice, with each party to bear their respective attorney's fees and costs.

| DATED this 9th day of March, 2021. | DATED this 9th day of March, 2021. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | DIMOPOULOS INJURY LAW |
| /s/ Cindie D. Hernandez<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>CINDIE D. HERNANDEZ, ESQ.<br>Nevada Bar No. 7218<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendants Sixt Rent a Car, LLC and Tipkamol Kidkan* | /s/ Paul A. Shpirt<br>STEVE DIMOPOULOS, ESQ.<br>Nevada Bar No. 12729<br>PAUL A. SHPIRT, ESQ.<br>Nevada Bar No. 10441<br>6830 S. Rainbow Blvd., Ste. 200<br>Las Vegas, NV 89118<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  11  day of March 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of **HALL JAFFE & CLAYTON, LLP**, and on March 9, 2021, I served a copy of the foregoing **STIPULATION AND ORDER TO DISMISS SIXT RENT A CAR, LCC, WITH PREJUDICE** as follows:

[ ]   **U.S. MAIL** — By depositing a true copy thereof in the U.S. Mail, first class postage prepaid and addressed as listed below; and/or

[ ]   **FACSIMILE** — By facsimile transmission to the facsimile number(s) shown below; and/or

[ ]   **HAND DELIVERY** — By hand-delivery to the addresses listed below; and/or

[X]   **ELECTRONIC SERVICE** — Pursuant to the Court's CM/ECF e-filing system.

Steve Dimopoulos, Esq.
Paul Shpirt, Esq.
DIMOPOULOS INJURY LAW
6830 S. Rainbow Blvd., Ste. 200
Las Vegas, NV 89118
*Attorneys for Plaintiff*

  */s/ Michele Stones*
An Employee of
**HALL JAFFE & CLAYTON, LLP**