STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Tipkamol Kidkan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYSCOTT KENWIN DURANT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TIPKAMOL KIDKAN, individually; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20;<br><br>Defendants. | CASE NO.  2:19-cv-00235-ART-VCF<br><br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Taylor R. Anderson, Esq., Nevada Bar No. 15136C, is no longer associated with the law firm of Hall Jaffe & Clayton, LLP.  The undersigned requests that Mr. Anderson be removed from the service list.

Hall Jaffe & Clayton, LLP continues to serve as counsel for Defendant Tipkamol Kidkan in this action.

///

///

///

1

1        All items, including but not limited to, pleadings, papers, correspondence, documents

2   and future notices in this action should continue to be directed to Steven T. Jaffe, Esq.

3        DATED this 12th day of June, 2023.

4                                          **HALL JAFFE & CLAYTON, LLP**

5                                          By:  */s/ Steven T. Jaffe*
                                                STEVEN T. JAFFE, ESQ.
6                                               Nevada Bar No. 007035
                                                7425 Peak Drive
7                                               Las Vegas, Nevada 89128
                                                *Attorneys for Defendant*
8                                               *Tipkamol Kidkan*

9

10                              **ORDER**

11

12  IT IS SO ORDERED.

13  DATED: ___6-13-2023_____

14

15

16  _____
    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of **HALL JAFFE &**

**CLAYTON, LLP**, and on the 12th day of June, 2023, I served a copy of the foregoing

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** as

follows:

[  ]    **U.S. MAIL —** By depositing a true copy thereof in the U.S. Mail, first class postage
prepaid and addressed as listed below; and/or

[  ]    **FACSIMILE —** By facsimile transmission to the facsimile number(s) shown below;
and/or

[  ]    **HAND DELIVERY —** By hand-delivery to the addresses listed below; and/or

[X]    **ELECTRONIC SERVICE —** Pursuant to the Court's CM/ECF e-filing system.

Steve Dimopoulos, Esq.
Paul Shpirt, Esq.
DIMOPOULOS INJURY LAW
6671 South Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*


*/s/  Marianne Sylva*
An Employee of
**HALL JAFFE & CLAYTON, LLP**

3