M. CALEB MEYER, ESQ.
Nevada Bar No. 13379
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
MESSNER REEVES, LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: cmeyer@messner.com
        rfinch@messner.com
*Attorneys for Defendants*
TIPKAMOL KIDKAN and SIXT RENT A CAR, LLC

```
           X    FILED            ____ RECEIVED
           ____ ENTERED          ____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    FEB 22, 2024

                   CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
           BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYSCOTT KENWIN DURANT, individually, <br><br> Plaintiff(s) <br><br> v. <br><br> TIPKAMOL KIDKAN, individually; SIXT RENT A CAR, LLC; A foreign Limited Liability Company; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20; <br><br> Defendant(s) | 2:19-cv-00235-ART-VCF <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, TIPKAMOL KIDKAN, individually; and, SIXT RENT A CAR, LLC; a foreign Limited Liability Company, substitutes M. Caleb Meyer, Esq., State Bar No. 13379, as counsel of record in place of Steven T. Jaffe, Esq., of Hall Jaffe & Clayton, LLP.

/ / /

/ / /

/ / /

/ / /

*2:19-cv-00235-ART-VCF*
*Durant v. Kidkan, et al*
*Consent Order Granting Substitution of Attorney*

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MESSNER REEVES, LLP |
| Address: | 8945 W. Russell Road, Ste. 300, Las Vegas, Nevada 89148 |
| Telephone: | (702) 363-5100    Facsimile: (702) 363-5101 |
| E-Mail: | cmeyer@messner.com |

I consent to the above substitution      TIPKAMOL KIDKAN

Date: _____

*Signature of Party*

I consent to the above substitution      SIXT RENT A CAR, LLC

Date: _____

*Signature of Party*

I consent to being substituted.      STEVEN T. JAFFE, ESQ.

Date: _____

*Signature of Former Attorney*

I consent to the above substitution      M. CALEB MEYER, ESQ.

Date: 02/21/2024

*Signature of New Attorney*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

*Judge*

2:19-cv-00235-ART-VCF
*Durant v. Kidkan, et al*
*Consent Order Granting Substitution of Attorney*

1  Contact information for new counsel is as follows:
   Firm Name:   MESSNER REEVES, LLP
   Address:     8945 W. Russell Road, Ste. 300, Las Vegas, Nevada 89148
   Telephone:   (702) 363-5100        Facsimile:  (702) 363-5101
   E-Mail:      cmeyer@messner.com

6  I consent to the above substitution     TIPKAMOL KIDKAN
7  Date: _____            SEE ATTACHED
8                                          *Signature of Party*

10 I consent to the above substitution     SIXT RENT A CAR, LLC
11 Date: 7/3/2023                          [signature]
12                                         *Signature of Party*

14 I consent to being substituted.         STEVEN T. JAFFE, ESQ.
15 Date: 02/21/2024                        [signature]
16                                         *Signature of Former Attorney*

17 I consent to the above substitution     M. CALEB MEYER, ESQ.
18 Date: _____            SEE ATTACHED
19                                         *Signature of New Attorney*

22 The substitution of attorney is hereby approved and so ORDERED.
23 Date: _____
24                                         Judge

*2:19-cv-00235-ART-VCF*
*Durant v. Kidkan, et al*
*Consent Order Granting Substitution of Attorney*

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MESSNER REEVES, LLP |
| Address: | 8945 W. Russell Road, Ste. 300, Las Vegas, Nevada 89148 |
| Telephone: | (702) 363-5100    Facsimile: (702) 363-5101 |
| E-Mail: | cmeyer@messner.com |

I consent to the above substitution   TIPKAMOL KIDKAN

Date: Feb 15, 2024

*tip.*
TipkamolKidkan (Feb 15, 2024 09:09 GMT+7)
*Signature of Party*

I consent to the above substitution   SIXT RENT A CAR, LLC

Date: _____

*Signature of Party*

I consent to being substituted.   STEVEN T. JAFFE, ESQ.

Date: _____

*Signature of Former Attorney*

I consent to the above substitution   M. CALEB MEYER, ESQ.

Date: _____

*Signature of New Attorney*

The substitution of attorney is hereby approved and so ORDERED.

Date: February 22, 2024

*[signature]*
Judge

# PLDG - Consent Order Granting Substitution of Attorney M. Caleb Meyer (07483966xA9B4D)

Final Audit Report                                                                 2024-02-15

| | |
|---|---|
| Created: | 2024-02-14 |
| By: | Kim Shonfeld (kshonfeld@messner.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwqXI7jsJM2CqjKhjZxInKetvbwaQuK9M |

## "PLDG - Consent Order Granting Substitution of Attorney M. Caleb Meyer (07483966xA9B4D)" History

- Document created by Kim Shonfeld (kshonfeld@messner.com)
  2024-02-14 - 6:16:28 PM GMT- IP address: 63.234.29.218

- Document emailed to Aek Ussivakul (aek.ussivakul@gmail.com) for signature
  2024-02-14 - 6:17:39 PM GMT

- Email viewed by Aek Ussivakul (aek.ussivakul@gmail.com)
  2024-02-15 - 2:06:02 AM GMT- IP address: 1.4.148.155

- Signer Aek Ussivakul (aek.ussivakul@gmail.com) entered name at signing as Tipkamol Kidkan
  2024-02-15 - 2:09:06 AM GMT- IP address: 1.4.148.155

- Document e-signed by Tipkamol Kidkan (aek.ussivakul@gmail.com)
  Signature Date: 2024-02-15 - 2:09:08 AM GMT - Time Source: server- IP address: 1.4.148.155

- Agreement completed.
  2024-02-15 - 2:09:08 AM GMT

Adobe Acrobat Sign

*2:19-cv-00235-ART-VCF*
*Durant v. Kidkan, et al*
*Consent Order Granting Substitution of Attorney*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify I am an employee of MESSNER REEVES, LLP, and on this  21ST  day of February, 2024, I served a copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** upon the following via electronic service through the United States District Court for the District of Nevada's ECF system.

| | |
|---|---|
| STEVE DIMOPOULOS, ESQ.<br>PAUL SHPIRT, ESQ.<br>DIMOPOULOS INJURY LAW<br>6671 South Las Vegas Blvd., Suite 275<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff* | ☐ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☐ via Electronic Mail |

/s/ Kimberly Shonfeld
Employee of MESSNER REEVES LLP