**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lyscott Kenwin Durant,<br><br>                     Plaintiff,<br><br>vs.<br><br>Tipkamol Kidkan, et al.,<br><br>                     Defendants. | Case No. 2:19-cv-00235-ART-MDC<br><br>**ORDER** |

This case is five years old. The parties filed a notice of settlement (ECF No. 67), and the Court ordered (ECF No. 69) the parties to file their stipulation for dismissal by April 1, 2024. The parties did not do so.

**IT IS ORDERED** that by **August 19, 2024**, the parties shall file either:

1. A stipulation for dismissal; or

2. A status report.

3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated: August 12, 2024.

                                                                                    Hon. Maximiliano D. Couvillier III<br>
                                                                                   United States Magistrate Judge