M. CALEB MEYER, ESQ.
Nevada Bar No. 13379
RENEE M. FINCH, ESQ.
Nevada Bar No. 13118
CHAD HARRISON, ESQ.
Nevada Bar No. 13888
MESSNER REEVES, LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:  cmeyer@messner.com
         rfinch@messner.com
         charrison@messner.com
*Attorneys for Defendants*
TIPKAMOL KIDKAN *and* SIXT RENT A CAR, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LYSCOTT KENWIN DURANT, individually,<br><br>Plaintiff(s)<br><br>v.<br><br>TIPKAMOL KIDKAN, individually; SIXT RENT A CAR, LLC; A foreign Limited Liability Company; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20;<br><br>Defendant(s) | CASE NO.: 2:19-cv-00235-ART-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants TIPKAMOL KIDKAN and SIXT RENT A CAR, LLC, through counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Chad Harrison, Esq. of MESSNER REEVES LLP, and Plaintiff, LYSCOTT KENWIN DURANT, through counsel of record, Steve Dimopoulos, Esq. and Paul Shpirt, Esq. of DIMOPOULOS INJURY LAW, that all claims against TIPKAMOL KIDKAN and SIXT RENT A

*2:19-cv-00235-ART- VCF*
*Durant v. Kidkan, et al*
*Stipulation and Order for Dismissal with Prejudice*

CAR, LLC, arising out of Case No. 2:19-cv-00235-ART-VCF, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED that the trial currently set in this matter for April 16, 2024 be vacated.

DATED this 15th day of August, 2024.         DATED this 15 day of August, 2024.

**MESSNER REEVES LLP**                       **DIMOPOULOS INJURY LAW**

*/s/ Renee M. Finch*

M. Caleb Meyer, Esq.                         Steve Dimopoulos, Esq.
Nevada Bar No. 13379                         Nevada Bar No. 12729
Renee M. Finch, Esq.                         Paul Shpirt, Esq.
Nevada Bar No. 13118                         Nevada Bar No. 10441
Chad Harrison, Esq.                          6671 South Las Vegas Blvd., Suite 275
Nevada Bar No. 13888                         Las Vegas, Nevada 89119
8945 W. Russell Rd. Ste 300                  *Attorneys for Plaintiff*
Las Vegas, Nevada 89148
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: _____